

**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 7:18:42 AM
CHRISTOPHER A. PRINE
Clerk

July 7, 2015

Certified Mail No.: 7004 1350 0003 4897 4333

DOMINQUE RASHAD HALE
SPN #02143491 6A2 01U
701 N SAN JACINTO
HOUSTON, TX 77002

Re: Cause Number 1441963 & 1450601 in the 178TH Judicial District Court

Dear Sir or Madam:

The following documents are being forwarded to you because you are pro-se and in custody.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

2 Volume(s) - Clerk's Record

      Volume(s) – Supplemental Clerk's Record

      Volume(s) – Reporter's Record

The 1ST Court of Appeals will be notified when the record is received.

Sincerely,

Lisa Arriaga, Deputy
Criminal Post Trial

Enclosure